UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSEPH COOPER | § | |
| | § | |
| v. | § | CASE NO. 3:14-CV-04152-B |
| | § | |
| BRODERICK STEVEN "STEVE" HARVEY | § | |

## APPENDIX IN SUPPORT OF PLAINTIFF'S RESPONSE TO MOTION TO EXCLUDE EXPERT TESTIMONY

A. January 25, 2016 revised report of Dr. Michael Einhorn APPX. 001 – APPX. 014

    a. Curriculum vitae of Dr. Michael Einhorn APPX. 015 – APPX. 037

    b. Appendix to revised report APPX. 038 – APPX. 260

B. Deposition of Dr. Michael Einhorn APPX. 261 – APPX. 290

C. Excerpt Scott Barnes Deposition APPX. 291

D. Excerpt Scott Barnes Report APPX. 292 - 299

Respectfully submitted,

BENNETT, WESTON, LAJONE & TURNER, P.C.

s/ Casey S. Erick

_____
J. Michael Weston
SBN: 21232100
jmweston@bennettweston.com
Casey S. Erick
SBN: 24028564
cerick@bennettweston.com
1603 LBJ Freeway, Suite 280
Dallas, TX 75234
214.691.1776
Fax: (214) 373-6810

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Appendix was served on all counsel of record through electronic filing on this 28th day of January 2016.

s/ Casey S. Erick
_____