MEDIA, TECHNOLOGY, COP'

*TMTV Corp.* v. *Televicentro de Puerto Rico, Inc.,* District Court of Puerto Rico, 2005, report, estimated damages resulting from infringement of **television program.**

*The Royalty Network Inc., et al. v. Activision, et al.,* Central District of California, 2005, report, estimated damages for use of music on best-selling **video game** *Streets of Los Angeles.*

*Al Howard Productions, Inc. v. Paxson Productions,* Central District of California, 2005, report, estimated commercial damages for breach of contract involving product placements on **prominent game show,** *Supermarket Sweeps.*

*Frederic H. Martini v. Pearson Education Services,* Northern District of California, 2005, report, estimated damages for website infringements of prominent illustrator by leading **publisher of medical books.**

*Mojo Music et al., v. Walt Disney Records,* Los Angeles Superior Court, 2004, report, valued synchronization rights in **musical compositions used in** *Lion King 2.*

*Willie Woods v. BMG Music/Atlantic Recording Company, et al.,* Eastern District of Missouri, 2004, report, valued damages for unauthorized use of musical compositions in a **Nappy Roots' multi-platinum song "Po Folks".**

*Darryl D. Lassiter, et al., v. Twentieth Century Fox Film Corp.,* Central District of California, 2004, consultant, regarding damages due for use of unauthorized **screenplay in the movie** *Drumline.*

*Sandi Gray, et al. v. eUniverse, Inc., et al.,* Eastern District of Texas, consultant, 2004; valuation for copyright infringement of **poetry, prose, and photography** by digital provider of shared content.

*Impala Lechner v. Marco-Domo Internationales Interieur, et al.,* Southern District of New York, 2004, consultant; estimated damages for copyright infringement of **sculpture designs.**

*Sharon Haygood et al. v. Coca-Cola et al.,* 17th District Court of Tarrant County, Texas, 2004, report and deposition, calculated professional losses for gospel artist who suffered **personal injury in automobile accident.**

**APPX. 024**

**MEDIA, TECHNOLOGY, COP**

*Core Group P.C. v. Sprint PCS*, American Arbitration Association, 2004, report and trial testimony, estimated damages for copyright infringement of **architectural plans** used in nationwide redesign of retail space operated by Sprint.

*Universal Music Publishing Group v. Fitness Quest, Inc.,* Northern District of Ohio, 2003, report and deposition, estimated damages from copyright infringement of **music soundtrack in an exercise video tape.**

*Brought to Life v. MCA Records, Inc. et al.,* Southern District of New York, 2002, consultant, valued copyright damages in **Mary J. Blige song "Family Affair".**

*Michael A. Lowe v. Loud Records,* Eastern District of Pennsylvania, 2002, report, valued damages for copyright infringement in **musical track "X" produced by Dr. Dre**.

*Aimee Mann v. UMG Recordings, Inc., et al.,* Central District of California, 2002, consultant, estimated sales displacement and loss of income resulting from the **unauthorized release of compilation album.**

*Loussier v. UMG Recordings, Inc., et al.*, Southern District of New York, 2002, consultant, surveyed data regarding copyright infringement of improvisational composer **by Eminem in song "Kill You".**

*Hamstein Music Group et al. v. MP3.com Inc., et al.,* Central District of California, 2002, consultant, estimated damages for multiple infringements involving **musical compositions**.

*Chrysalis Music v. MP3.com Inc., et al.*, Central District of California, 2002, consultant, estimated damages for multiple infringements of **musical compositions.**

*Major Bob Music Inc. et al. v. MP3.com, Inc.,* Southern District of New York, 2001, report, estimated damages for unauthorized use of **Garth Brooks' musical catalog** by digital library service.

*SESAC v. WPNT*, Western District of Pennsylvania, 2001, report and deposition, antitrust case involving the economic consequences of **blanket licensing of musical compositions**.

*Nobody in Particular, Inc. v. Clear Channel, Inc.*, District of Colorado, 2001, consultant, antitrust case involving advertising restrictions enforced by a **radio station against a competing concert promoter.**

**APPX. 025**

*State of Florida et al. v. BMG Music, et al.,*   District of Maine, 2001, consultant, antitrust case involving the **anti-competitive effects of minimum advertising pricing rules** established by five major record companies.

*Golden Channels Company et al. v. Director General of the Antitrust Authority*, The Court of Trade Restrictions, Tel Aviv, Israel, 2000, report, antitrust case involving licensing restrictions on **movie and program content of Sony, Warner, and Paramount** in cable and satellite operations in Israel.

## Technology

*Brian Lemper, M.D. v. Legacy IP, LLC,* Superior Court of Nevada, 2015, deposition, matter involving purported **breach of contract** in procuring patent application for medical technology

*Cellebrite Mobile Synchronization Ltd. v. Micro Systemation AB,* Northern District of Virginia, 2014, report, estimated damages for infringement of **intelligence software** designed to remove records from suspect cell phones.

*Virtual Studios v. Beaulieu Group, LLC,* Eastern District of Tennessee, 2013, report, valuation of damages involving infringement of **design software** for virtual display of interior designs.

*TVB Holdings (USA), Inc. v. Tai Lake Communication, Inc.,* Central District of California, 2013, report, regarding economic harm created by **circumvention device** that breached access and copyright protection on Asian programming.

*James DeCordova v. MCG Nevada, Inc.*, Central District of California, 2012, report, valuation of damages resulting from patent infringement for **a sleep-enhancing device.**

*Robert Jacobsen v. Matthew Katzer*, Northern District of California, 2009, report, estimated damages in landmark copyright case involving infringing use of **open source software** created by world-renowned Berkeley professor.

*Centrifugal Force, Inc. v. Softnet, et al.*, Southern District of New York, 2009, report, valuation of damages resulting from copyright infringement of **operations  software.**

**APPX. 026**

*Frogsware Ltd. v. Viva Media, et al.* Southern District of New York, 2009,   consultant, assisted video game designer for recovery of damages resulting from a breach of contract and copyright infringement of **video game software.**

*Carpal Therapy Inc., and David Graston v. Jennifer Graham*, Esq., Marian County Superior Court of Indiana, 2008, report and deposition, estimated commercial losses for inventor of **medical technology** for loss of rights to intellectual property.

*Great Lakes Intellectual Property Ltd. v. Sakar International Inc.,* Western District of Michigan, 2006, report, valuation of reasonable royalties for patent infringement in a **graphical user interface chip.**

*General Electric v. Kodak,* 2002, consultant, assisted General Electric in valuation of **semiconductor portfolio** in patent infringement matter.

*RIAA v. MP3Board*, Southern District of New York, 2001, report and deposition, involving the **economic effects of search engines** that post links to infringing material.

*Universal City Studios, Inc. et al. v. Eric Corley*, Southern District of New York, 2000, report and trial testimony, regarding economic effects of **decrypting protective code** established to protect copyrighted digital works.

## Trademarks

*Simone Kelly-Brown v. Oprah Winfrey and Harpo Productions,*   Southern District of New York, 2014, report and deposition, valuation of damages resulting from a trademark infringement  **by Oprah Winfrey and Harpo Productions.**

*Who Dat?, Inc. v.   Who Dat Shoppe, et al.,* Eastern District of Louisiana, 2014,   report, valuation of damages resulting from infringement of  **trademark of major regional brand**

*Vivid Entertainment, LLC v. Jose Baserva,* Middle District of Florida, 2014,  report, valuation of damages resulting from infringement of **business name in entertainment chain**

*Benchmark Young Adult School v. Launchworks Life Services LLC*, Southern District of California, 2014, report, valuation of damages resulting from infringement of **plaintiff's business name by competing care provider**.

APPX. 027

MEDIA, TECHNOLOGY, COP'

*Kim, Khloe, and Kourtney Kardashian, and BOLDFACE Licensing + Branding v. By Lee Tillett, Inc.,* Central District of California, 2013, report, valuation of damages resulting from trademark infringement in **cosmetics line KHROMA** by BOLDFACE and **the Kardashians.**

*Original Gourmet Food Company, Inc. v. Jelly Belly Candy Company,* District of New Hampshire, 2013, report and deposition, regarding declaratory judgment to enforce trademark rights for **candy manufacturer.**

*East West LLC v. Caribbean Crescent Inc.,* Northern District of Virginia, 2012, report and deposition, valuation of damages involving use of a trademark and trade name by a competitor in the **food provision business.**

*Rock and Roll Religion v. Cels Enterprises,* Central District of California, 2012, report, valuation of damages resulting from infringement of trademark in **women's apparel.**

*PML Clubs v. Gold Suit, Inc.,* Northern District of Texas, 2012, report and deposition, valuation of damages resulting from trademark infringement in the market for **adult cabaret establishments.**

*Super-Krete International v. Lafarge Group,* 2013, opinion letter, regarding trademark valuation of a **cement product** for a settlement conference between two parties.

*Kilter, Inc. v. Avon Corporation,* Southern District of New York, 2011, report and deposition, damage valuation of trademark infringement and misappropriation of intellectual property by **major cosmetics company.**

*L.A. Triumph, Inc. v. Madonna Louise Veronica Ciccone and Material Girl,* Central District of California, 2011, report, valuation of damages from a trademark infringement in **clothing line (Material Girl) owned by Madonna**.

*Miller International, Inc. v. Clinch Gear, Inc. et al.,* District of Colorado, 2010, report, valuation of damages from a trademark infringement by a designer of **martial arts apparel.**

*Golf Cart World, Inc. v. Mike's Golf Carts, Inc.*, Middle District of Georgia, 2010, report, estimated damages resulting from a trademark infringement in **golf carts.**

APPX. 028

*Doctor's Associates, Inc. v. QIP Holder, LLC   and IFilm, Corp.,* District Court of Connecticut,  2008, consultant,  reviewed expert materials in false advertising matter **involving** *Subway* **and** *Quiznos.*

# Publicity Rights

*Sandra Bullock v. ToyWatch USA,* Superior Court of California, 2013, opinion letter, valuation of damages involving use of **image of famous actress** in a commercial website.

*Zooey Deschanel v. Steve Madden, et al.,* Superior Court of California, 2011, report and deposition, valuation of publicity rights of **actress name** used in line of women's shoes.

*Michelle Pfeiffer, et al. v. CompUSA,* Superior Court of California, 2011, report, valuation of **publicity rights** of Sandra Bullock, Michelle Pfeiffer, Diane Keaton, Mandy Moore, Cameron Diaz, and Kate Hudson in catalog advertisements for computer retailer.

*Woody Allen v. American Apparel Inc.*, Southern District of New York, 2009, consultant in valuation of reasonable damages in publicity rights of **movie director image** used on urban billboards .

*Evgeni Petrosyan v. DIRECTV Inc.,* Eastern District of New York. 2009, consultant regarding damages for infringement of publicity rights of **comedian name** by satellite network.

*Arnold Schwarzenegger and Oak Productions, Inc. v. Recycled Paper Greetings, Inc., et al.,* Los Angeles Superior Court, 2005, report, estimated damages in publicity rights case involving merchandise bearing **image likeness of movie star and governor**.

*Lawrence "Yogi" Berra v. Turner Broadcasting System*, Superior Court of New York, 2005, consultant, valued publicity rights case involving the unauthorized use of **personal name** in citywide advertising campaign.

*Rosa Parks v. BMG Music/Laface Records, et al.,* Eastern District of Michigan, 2004, deposition, valued publicity rights involving use of **celebrity name** in a BMG album bearing the name and track *Rosa Parks.*

**APPX. 029**

*Melina Kanakaredes v. Ouidad, Inc.*, Eastern District of Ohio, consultant, 2004; publicity rights case involving damages resulting from magazine articles bearing **name of television actress.**

## Commercial Losses and Personal Injury

*DeMartino v. Belleville Board of Education,* Superior Court of New Jersey, 2014, consultant., assisted defense counsel for courtroom preparation against plaintiff expert in wrongful termination case.

*Deborah Rollins and Luke Randall v. Sunrise Village, LLC,* Superior Court of New Jersey, 2013, report, examined economic losses resulting from **property negligence**.

*Crystal Evans v. Meadowlands Hospital,* Superior Court of New Jersey, 2012, report and testimony, examined economic losses resulting from **medical malpractice.**

*Christine Delurski v. Chester Stone, M.D,* Superior Court of New Jersey, Morris County Court, 2012, report, estimated economic losses resulting from **wrongful death.**

*Carl Lawson* v. *K2 Sports U.S.A., et al,* Superior Court of New Jersey, Monmouth County Court, 2012, report, estimated economic losses resulting from **product liability.**

*Peter Piegdon v. H&S Bakery,* Superior Court of New Jersey, Middlesex County Court, 2007, report and deposition, calculated economic losses for skilled union worker harmed in **automobile accident.**

*Dash Artist Management and Dash Entertainment Management v. Ruben Gomez et al.,* Southern District of Texas, 2004, report, calculated commercial losses for music manager who suffered **breach of contract** with his performing artist.

*Florencia Flores et al. v. Parkchester Preservation Company, et al.,* New York Superior Court, 2004 report, examined economic losses suffered by domestic worker from **on-the-job injury.**

**APPX. 030**

*Safmor, Inc. v. Ministers, Elders, & Deacons of the Reformed Protestant Dutch Church of City of New York*, New York Superior Court, 2005, report and deposition, calculated **commercial losses** for New York business foreclosed from use of its storefront sign.

*Sharon Haygood et al. v. Coca-Cola et al.*, 17th District Court of Tarrant County, Texas, 2004, report and deposition, calculated professional losses for gospel artist who suffered personal injury in **automobile accident.**

## Antitrust

*American Home Realty Network v. Edina Realty,* District of Minnesota, 2014, report, examined antitrust liability in a counterclaim involving **competitive harm from a group boycott** of an online realty referral service

*Royal Benson, M.D. v. St. Joseph Regional Health Center*, Central District of Texas, 2006, report and deposition, examined **antitrust liability for** vertical restraints in hospital admissions.

*United Magazine Company, Inc. v. Murdoch Magazine Distribution, Inc., et al.*, Southern District of New York, 2004, report and deposition, examined antitrust damages **in price discrimination matter involving two national magazine distributors.**

*The Coalition for a Level Playing Field v. Autozone, Inc. et al.*, Eastern District of New York, 2003, report and trial testimony, examined antitrust damages **in price discrimination matter involving auto part retailers.**

*AT&T Corp. v. Winback and Conserve Program, Inc., et al.*, New Jersey District Court, 2003, consultant, calculated commercial losses suffered by third party telecom provider for **improper termination of AT&T wholesale service.**

*California Scents v. Medo Industries Inc.,* Central District of California, 2002, report, examined antitrust liability in matter involving the **anticompetitive use of slotting allowances** in retail outlets.

**APPX. 031**

*Prime Communications Inc. v. AT&T Corp.*, Eastern District of Massachusetts, 2002, report and deposition, examined liability in antitrust lawsuit involving **vertical restraints in access to cable advertising.**

*The Intimate Bookshop, Inc. v. Barnes and Noble, Inc., et al.*, Southern District of New York, 2001, report and deposition, examined economic issues in antitrust suit involving **price discrimination in book retailing.**

## Valuations

*Juarez Foods,* 2015, valued the worth of trademark now controlled by Wise Foods, Atlanta

*The Domain Name of eCommerce, IX Web Hosting, and Host Excellence,* 2012, valued the worth of **domain names and websites** owned by online business.

*The Estate of Tasha Tudor*, Publishing Royalties, 2009, valued the worth of publishing royalties due to the estate of leading author and illustrator of Americana.

*New York Observer,* Trademark, 2008, valued the worth of **domain name** of political blog.

*.Greens Today*, Trademark, 2006, valued worth of **trademark** for greens health product.

*Estate of Marlon Brando,* Publicity Rights, 2005, consultant, valued worth of the Brando **name for estate purposes.**

*Bernard Lewis*, Publishing Royalties, 2005, valued expected future **publishing royalties** due to Princeton professor and writer of twenty four books on politics and history.

**APPX. 032**

# AUTHORED BOOKS

*Media, Technology, and Copyright: Integrating Law and Economics* (Edward Elgar, 2004)

# ARTICLES AND CHAPTERS

*See also* http://mediatechcopy.com/?page_id=71

Copyright, Causality, and the Courts, **Journal of the Copyright Society**, Winter, 2015.

Copyright, Causality, and Statutory Reform, **Landslide**, January-February, 2013-2014, (blog at IP in Brief, July 27, 2013;, August 16, 2013).

Gorillas in our Midst: Searching for King Kong in the Music Jungle, **Journal of the Copyright Society**, Winter, 2007.

Patent Reform and Infringement Damages: Some Economic Reasoning **IP Lawyer**, December, 2007; new version at Patents and the Entire Market Value Rule.

Copyright Settlement Strategies from a Damages Expert, GPSOLO, September, 2008.

Expediting the Settlement: The Use of an Expert, **Entertainment and Sports Lawyer**, October, 2007.

How Advertising and Peer to Peer are Transforming Media and Copyright, **Journal of the Copyright Society**, Spring, 2007.

Copyright at a Crossroads, Again!: The Copyright Modernization Act, **Entertainment, Arts, and Sports Law Journal**, December, 2006.

**APPX. 033**

Swords Into Plowshares:  A Convergence of Interests in P2P, Entertainment and  Sports Lawyer,  Summer, 2006.

Publicity Rights, Merchandise, and Economic Reasoning, Entertainment and Sports Lawyer, March, 2006.

Canadian Quandary: Digital Rights Management, Access Protection, and Free Markets, Progress on Point 3:12,  Progress and Freedom Foundation, May, 2006.

"File-Sharing at Madison and Vine: The New Convergence", Century City Lawyer, December, 2005.

"File-Sharing and Market Harm", Entertainment, Arts, and Sports Law Journal, July, 2005.

 Transactions Costs and Administered Markets:  The Case of Music Performance Rights Review of Economic Research in Copyright Issues, 3 (1), 37, 2006.

Grokster v. Sony: The Supreme Court's Real Decision, Entertainment and Sports Lawyer, Summer, 2004.

"Peer-to-Peer Networking and Digital Rights Management: How Market Tools Can Solve Copyright Problems" (with Bill Rosenblatt), Journal of the Copyright Society, Winter, 2005.

Music, Mantras, and Markets:  Facts and Myths in the Brave New World, Entertainment, Arts, and Sports Law Journal, Winter, 2004.

"Music in the Crucible: A Year in Review", Entertainment and Sports Lawyer, Summer, 2004.

Digitization and its Discontents: Digital Rights Management,  Access Protection, and Free Markets, Journal of the Copyright Society,  Spring, 2004.

 Whose Song is it Anyway?: Infringement and Damages in Musical Compositions Entertainment and Sports Lawyer, Spring, 2004;  new version at   Damage Valuation in Music Copyright

APPX. 034

Vertical Merger in a High Tech Industry: Synopsis, Avant!, and the FTC, 2 Economics Committee Newsletter of the American Bar Association 2, 2002.

Tying, Patents, and Refusal to Deal: Economics at the Summit, 2 Economics Committee Newsletter of the American Bar Association 1, 2002.

Intellectual Property and Antitrust: Music Performance Rights in Broadcasting , Columbia Journal for Law and the Arts, 2002.

"Keep Off My Privacy: How Sweet the Sound?", Bright Ideas, 2002.

Purple Beasts and Lewd Tunes: Economic Reasoning and Copyright, Entertainment, Arts, and Sports Law Journal, 2002.

"How to Cure Performance Anxiety", 13 Entertainment, Arts, and Sports Law Journal, 2 Summer, 2002.

"Traffic Jam on the Music Superhighway: Is it a Reproduction or a Performance?", Journal of the Copyright Society, 2002 (with Lewis Kurlantzick).

Miss Scarlett's License Done Gone: Parody, Satire, and Economic Reasoning, 20 Cardozo Arts and Entertainment Law Journal 4, 2002.

Copyright, Prevention, and Rational Governance: File-Sharing and Napster, Columbia Journal for Law and the Arts, 2002.

"Internet Television and Copyright Licensing", 20 Cardozo Arts and Entertainment Law Journal 2, 2002.

Old Friends: ASCAP and DOJ Reach a New Consent Decree, Entertainment and Sports Lawyer, 2002.

APPX. 035