UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSEPH COOPER | § | |
| | § | |
| v. | § | CASE NO. 3:14-CV-4152-B |
| | § | |
| BRODERICK STEVEN "STEVE" HARVEY | § | |

PROPOSED ORDER ON PLAINTIFF'S MOTION IN LIMINE

Upon consideration of plaintiff Joseph Cooper's Motion in Limine, the Court orders as follows:

1. Plaintiff's Motion in Limine as it relates to defendant Steve Harvey's responses to plaintiff's Second Set of Interrogatories is denied.

2. Plaintiff's Motion in Limine as it relates to defendant Steve Harvey's responses to plaintiff's Interrogatories and Request for Production Related to Damages is denied.

3. Plaintiff's Motion in Limine as set forth in paragraphs 14 through 19 are taken under advisement and will be addressed by a separate order of the Court.

Signed this 23rd day of January 2017.

_____
UNITED STATES DISTRICT JUDGE