UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSEPH COOPER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:14-CV-4152-B |
| | § | |
| BRODERICK STEVEN "STEVE" | § | |
| HARVEY, | § | |
| | § | |
| Defendant. | § | |

## FINAL ORDER

The Jury having reached a verdict against Plaintiff Joseph Cooper as to his claims against Defendant Broderick Steven Harvey and in favor of Defendant as to his claims against Plaintiff, and the parties having settled Harvey's claims against Cooper for damages, the Court concludes that there is no just reason for delay in entering this final order, the substance of which was entered into the record by the parties in open Court on January 26, 2017. Accordingly, it is hereby ordered that:

1.  The Jury's Defense Verdict in favor of Defendant Broderick Steven Harvey and against Plaintiff Joseph Cooper shall be entered in the Court's Record.

2.  Defendant Broderick Steven Harvey nonsuits his counterclaim for damages against Plaintiff Joseph Cooper.

3.  Plaintiff Joseph Cooper hereby waives all appeals' rights as to this Order, and all rulings, orders, and every matter arising out of the subject matter of the underlying lawsuit.

4.  Plaintiff Joseph Cooper shall deliver all footage as well as originals and copies of the materials that form the basis of the lawsuit to Wendle Van Smith with three

(3) business days, but the parties expressly agreed that Plaintiff Joseph Cooper will turn over such items by 2:00 pm on Friday, January 27, 2017.

5.  Plaintiff Joseph Cooper is permanently enjoined and banned from making any statements in public, including on social media, regarding Steve Harvey, the subject of this lawsuit, or any other items that disparage Steve Harvey in any way. A violation of this ban will subject Cooper to a monetary penalty of one million dollars ($1,000,000) and sanctions for contempt of a Court Order.

6.  Plaintiff Joseph Cooper shall not seek to exploit rights, if any, he may have had to any of Steve Harvey's material and hereby permanently divests himself of and assigns to Steve Harvey all rights, if any, that Joseph Cooper may have had in the past, or that may arise in the future, arising out of the subject matter of this lawsuit.

7.  The Court accepts Joseph Cooper's signature in open court agreeing to the terms of the parties' resolution of the matters addressed herein.

8.  All costs are taxed against the party incurring same, and each party shall bear the cost of their own attorney's fees.

9.  Pursuant to the parties' binding agreement, his Order is Final and nonappealable.


SO ORDERED.

SIGNED: January _31st_, 2017.


JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

Approved as to Form and Substance and For Entry:


/s/ J. Michael Weston
J. MICHAEL WESTON
State Bar No. 21232100

BENNETT, WESTON, LAJONE & TURNER, P.C.
1603 LBJ Freeway, Suite 280
Dallas, TX 75234
214-691-1776
214-373-6810 – fax
jmweston@bennettweston.com


/s/ Casey S. Erick
CASEY S. ERICK
State Bar No. 24028564

BENNETT, WESTON, LAJONE & TURNER, P.C.
1603 LBJ Freeway, Suite 280
Dallas, TX 75234
214-691-1776
214-373-6810 – fax
cerick@bennettweston.com

**ATTORNEYS FOR PLAINTIFF**


s/ Aubrey "Nick" Pittman
AUBREY "NICK" PITTMAN
State Bar No. 16049750

THE PITTMAN LAW FIRM, P.C.
100 Crescent Court, Suite 700
Dallas, Texas 75201-2112
214-459-3454
214-853-5912 – fax
pittman@thepittmanlawfirm.com


s/Wendle Van Smith
WENDLE VAN SMITH
State Bar No. 18701400

ANDERSON AND SMITH
7322 Southwest Frwy, Suite 2010
Houston, TX 77074
713-622-5522
713-995-1499 – fax
wendle1v@flash.net

**ATTORNEYS FOR DEFENDANT**